MCS MANAGEMENT, INC.,
PlaintiffAppellant,

v.

UNITED STATES, Defendant–Appellee.

No. 01–5049.

United States Court of Appeals,
Federal Circuit.

Dec. 7, 2001.

Before SCHALL, Circuit Judge, ARCHER, Senior Circuit Judge, and BRYSON, Circuit Judge.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.